**Order filed December 11, 2013**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-00713-CR
_____

**BYRON KEITH HARMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1355981**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2, a photo lineup.**

The clerk of the 351st District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 2, a photo lineup, on or before **December 20, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 2, a photo lineup, to the clerk of the 351st District Court.


PER CURIAM